ARMED SERVICES BOARD OF CONTRACT APPEALS

Appeal of --                                )
                                            )
GMR Research and Technology, Inc.           )      ASBCA No. 59132
                                            )
Under Contract No. N00014-05-C-1054         )

APPEARANCE FOR THE APPELLANT:        Rosario Mario F. Rizzo, Esq.
                                       Concord, MA

APPEARANCES FOR THE GOVERNMENT:      E. Michael Chiaparas, Esq.
                                       DCMA Chief Trial Attorney
                                     Cara A. Wulf, Esq.
                                       Trial Attorney
                                       Defense Contract Management Agency
                                       Boston, MA

ORDER OF DISMISSAL

The dispute which is the subject of the appeal having been settled, the appeal is hereby dismissed with prejudice subject to reinstatement only in the event the settlement is not consummated. Any request to reinstate the subject appeal must be filed within 90 days of the date of this Order.

Dated: 13 July 2015

CHERYL L. SCOTT
Administrative Judge
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 59132, Appeal of GMR Research and Technology, Inc., rendered in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals